DARREN T. BRENNER
Nevada Bar No. 8386
darren.brenner@akerman.com
KIMBERLEY A. HYSON
Nevada Bar No. 11611
kimberley.hyson@akerman.com
AKERMANSENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
(702) 634-5000
(702) 380-8572 (fax)
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA SNYDER<br><br>            Plaintiff,<br><br>vs.<br><br>PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD, DOES I through X, inclusive,<br><br>            Defendants. | Case No.  Case No.  2:12-cv-00947-GMN-GWF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Defendant PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD, by and through its attorneys AKERMANSENTERFITT, LLP and Plaintiff PATRICIA SNYDERby and through her attorneys PYATTSILVESTRI& HANLON , hereby stipulate and agree that the above-entitled matter be dismissed,

. . .

. . .

. . .

. . .

. . .

{26648940;1}

1  with prejudice, the parties to bear the respective fees and costs.

2  DATED this ____ day of June, 2013.

4  AKERMANSENTERFITT LLP        PYATTSILVESTRI & HANLON

BY: /s/ _____        BY: /s/ _____
DARREN T. BRENNER              CHRISTOPHER KELLER
Nevada Bar No. 8386            Nevada Bar No. 7399
KIMBERLEY A. HYSON             701 Bridger Avenue, Suite 600
Nevada Bar No. 11611           Las Vegas, NV  89101
1160 Town Center Drive, Suite 330   *Attorney for Plaintiff*
Las Vegas, NV 89144
email: darren.brenner@akerman.com
email: kimberley.hyson@akerman.com
*Attorneys for Defendant*

## ORDER

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED, ADJUDGED AND DECREED that the above-entitled action be dismissed with prejudice.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: July 3, 2013