1  DARREN T. BRENNER
   Nevada Bar No. 8386
2  darren.brenner@akerman.com
   KIMBERLEY A. HYSON
3  Nevada Bar No. 11611
   kimberley.hyson@akerman.com
4  AKERMANSENTERFITT LLP
   1160 Town Center Drive, Suite 330
5  Las Vegas, Nevada 89144
   (702) 634-5000
6  (702) 380-8572 (fax)
   *Attorneys for Defendant*

7

8

9                  UNITED STATES DISTRICT COURT

10                      DISTRICT OF NEVADA

11

12  PATRICIA SNYDER                        Case No.  Case No.  2:12-cv-00947-GMN-GWF

                  Plaintiff,
13  vs.

14  PROPERTY & CASUALTY INSURANCE          **STIPULATION AND ORDER TO DISMISS**
    COMPANY OF HARTFORD, DOES I            **WITH PREJUDICE**
15  through X, inclusive,

16                  Defendants.

17

18

19      Defendant PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD,  by and through its

20  attorneys AKERMANSENTERFITT, LLP and Plaintiff PATRICIA SNYDERby and through her attorneys

    PYATTSILVESTRI& HANLON , hereby stipulate and agree that the above-entitled matter be dismissed,
21

22  .   .   .

23  .   .   .

24  .   .   .

25  .   .   .

26  .   .   .

{26648940;1}

with prejudice, the parties to bear the respective fees and costs.

DATED this _____ day of June, 2013.

AKERMANSENTERFITT LLP

BY: /s/ _____
DARREN T. BRENNER
Nevada Bar No. 8386
KIMBERLEY A. HYSON
Nevada Bar No. 11611
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
email: darren.brenner@akerman.com
email: kimberley.hyson@akerman.com
*Attorneys for Defendant*

PYATTSILVESTRI& HANLON

BY: /s/ _____
CHRISTOPHER KELLER
Nevada Bar No. 7399
701 Bridger Avenue, Suite 600
Las Vegas, NV 89101
*Attorney for Plaintiff*

AKERMANSENTERFITT LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

## ORDER

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that the above-entitled action be dismissed with

prejudice.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: ___July 3, 2013_____

{26648940;1}3